UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| vs. | : Case No.: 22-cr-00320 (JMC) |
| **ANTONIO LAMOTTA,** | : |
| **Defendant.** | : |

# NOTICE OF APPEAL

**Name and address of appellant:**  Antonio Lamotta

**Name and address of appellant's attorney:**  Maria Jacob
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18:231(a)(3); Civil Disorder; Civil Disorder (1s) 40:5104(e)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct in a Capitol Building (4s) 40:5104(e)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, or Picketing in a Capitol Building (5s)

**Concise statement of judgment or order, giving date, and any sentence:** Defendant sentenced to Six (6) months of Incarceration as to each of Counts 1s, 4s and 5s, to run concurrently. Followed by Twenty-Four (24) months of Supervised Release as to Count 1. Special Assessment of $100 on Count 1s and $10 as to each of Count 4s and 5s (for a total of $120). A Restitution fee of $2000. All counts from the original indictment were dismissed on Governments oral motion. Defendant is allowed to self surrender. Bond Status of Defendant: Continued on Personal Recognizance

**Name of institution where now confined, if not on bail:**  Bond Status of Defendant: Continued on Personal Recognizance

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| September 25, 2024 | Antonio Lamotta |
| DATE | APPELLANT |

CJA, NO FEE     FPD                                         Maria Jacob
PAID USDC FEE   NO                          ATTORNEY FOR APPELLANT
PAID USCA FEE   NO

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes